M.D Appeal Dkt.

**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 165 MAL 2020

                       :

        Respondent         :

                       :   Petition for Allowance of Appeal

                       :   from the Order of the Superior Court

        v.               :

                       :

                       :

JAMES HENRY COBBS,          :

                       :

        Petitioner         :

**ORDER**

**PER CURIAM**

      **AND NOW**, this 15th day of September, 2020, the Petition for Allowance of Appeal

is **GRANTED**. The issue, rephrased for clarity, is:

Where a prisoner's constitutionally infirm life-without-parole sentence for murder committed while a minor formed the basis for a conviction of assault by a life prisoner under 18 Pa.C.S. §2704 committed as an adult, and the prisoner is re-sentenced to forty-years-to-life on the original murder conviction, is the Section 2704 conviction vitiated by such re-sentencing?